UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL TYRONE GOSHEN,<br><br>             Petitioner,<br><br>    v.<br><br>CONNIE GIPSON, Warden,<br><br>             Respondent. | NO. EDCV 12-732-JFW (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: October 22, 2014

                                  JOHN F. WALTER
                                  United States District Judge